# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RIVERA,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIANA HORNA., and others,<br><br>        Defendants. | Case No. 18-cv-06131 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 20 |

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by February 22, 2019. All pending deadlines and hearings are VACATED.

    IT IS SO ORDERED.

Dated: January 23, 2019

                                          Nathanael M. Cousins
                                          United States Magistrate Judge